| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CASS COUNTY _____ COURT |
| | ) SS: | |
| COUNTY OF CASS | ) | CAUSE NO.: |

JOHN BEAM, )
      Plaintiff, )
)
v. )
)
DOLGENCORP, LLC, )
      Defendant. )

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, John Beam, by counsel, and for his claim for relief against the Defendant, Dolgencorp, LLC, he alleges and states as follows:

1. At all times relevant hereto, Plaintiff was a resident of the City of Kokomo, County of Howard, State of Indiana.

2. At all times relevant hereto, the Defendant was a Foreign Limited Liability Company that owned and/or operated a store known as Dollar General located at 415 S. California St., Galveston, Cass County, Indiana.

3. On or about January 28, 2019, Plaintiff was a patron and invitee on Defendant's premises when he slipped and fell on ice and/or snow resulting in injuries, some of which are permanent in nature.

4. The Defendant was careless and negligent in one or more of the following ways:

    a. Failure to provide a safe environment for its patrons and invitees;
    b. Failure to warn its patrons and invitees of the hazardous conditions;
    c. Failure to discover and remedy the hazardous condition; and
    d. Failure to properly clear and or treat the ice and/or snow that had been allowed to accumulate on the premises.

EXHIBIT A

5.  As a direct and proximate result of the Defendant's negligence, Plaintiff has sustained severe and permanent injuries; has incurred hospital, medical and prescription expenses; has suffered physical and emotional pain; has missed opportunities to enjoy life; and will continue to incur such losses.

6.  As a direct and proximate result of the carelessness and negligence of the Defendant, as aforesaid, Plaintiff has been otherwise damaged.

WHEREFORE, the Plaintiff prays for judgment against the Defendant in an amount which will reasonably and fairly compensate him for all the losses and damages he has incurred to date and will incur in the future, for the cost of this action and for all other relief just and proper in the premises.

Respectfully submitted,

**GOLITKO & DALY, P.C.**

/s/ *Matthew M. Golitko*
Matthew M. Golitko
*Attorney for Plaintiff*

317 West Alto Road
Kokomo, IN 46902
765.865.9300 Telephone
765.865.9305 Facsimile
matt@golitkodaly.com